UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TODD RENNA, and ALINA
RENNA, his wife,

    Plaintiffs,

vs.

SEARS, ROEBUCK & COMPANY,

    Defendant.
_____/

CASE NO.: 00-6225 (WJZ)

FILED by _____ D.C.
DKTG
MAR 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1(A)(1)

## NOTICE OF UNAVAILABILITY

The undersigned counsel, GERI SUE STRAUS, ESQ., files this Notice of Unavailability during the following dates:

**April 3, 2000 through April 10, 2000**

and respectfully requests that no hearings or depositions be scheduled during this time; that not motions, requests for admissions, requests to produce, interrogatories or other pleadings be filed that require a timely response during this time; and that all pending matters remain in status quo during this period of time. The undersigned counsel will be out of the jurisdiction.

The filing and service of this notice shall constitute an application and request for continuance, extension of time and/or protective order as appropriately required for the above reasons.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to ERIC A. GORDON, ESQ., Attorney for Defendant, Northbridge Centre, #600, 515 North Flagler Drive West Palm Beach, Florida 33401, this ____ day of March, 2000.

JACOBS & STRAUS, P.A.
Attorneys for Plaintiffs
1098 NW Boca Raton Boulevard
Boca Raton, Florida 33432
Tel: (561) 394-9099
Fax: (561) 347-8670

By: _____
GERI SUE STRAUS, ESQ.
Florida Bar #516880